379 A.2d 585

Commonwealth v. Dwyer, Appellant.

Submitted April 2, 1976. John T. Drost and John W. Packel, Assistant Defenders, and Benjamin Lerner, Defender, for appellant; Charles J. Devlin, Jr., Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.